| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Briskman, Arthur B. | 2. Court or Organization US Bankruptcy Court | 3. Date of Report 04/18/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

400 W Washington Street
Suite 5100
Orlando, FL 32801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 04/18/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Florida A & M College of Law - Teaching | $4,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briskman, Arthur B.** | 04/18/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Putnam Master Intermediate Income Trust Mutual Fund - (IRA) | A | Dividend | J | T | | | | | |
| 2. First Eagle Global Fund Class A - Mutual Fund - (IRA) | A | Dividend | K | T | | | | | |
| 3. MFS Growth Fund Class A Mutual Fund - (IRA) | A | Dividend | J | T | | | | | |
| 4. Davis NY Venture - Mutual - (IRA) | A | Dividend | J | T | | | | | |
| 5. Transamerica - IDEX JCC Balanced Class A Mutual - (IRA) | A | Dividend | K | T | | | | | |
| 6. Hendon LP Limited Partnership - Scranton, PA | G | Rent | P1 | U | | | | | |
| 7. Western Assets - Money Market | A | Interest | J | T | | | | | |
| 8. Jennison Natural Resources FD CL C (Mutual) - (IRA) | A | Dividend | K | T | | | | | |
| 9. Jennison 20/20 Focus Fund CL A (Mut) - (IRA) | A | Dividend | J | T | | | | | |
| 10. Powershares Water Resources (exchange traded fund) | A | Dividend | J | T | | | | | |
| 11. Pimco Multi Asset - (IRA) (Mutual) | A | Dividend | J | T | | | | | |
| 12. Unit Clay, Zacks Income (Unit Trust) - (IRA) | A | Interest | J | T | | | | | |
| 13. NJ EDA Pension (Mun Bond) - (IRA) | A | Interest | J | T | | | | | |
| 14. AAM Navil Dial Income Trust - (Bond) - (IRA) | A | Interest | J | T | | | | | |
| 15. Annaly Capital - (Bond) | A | Interest | K | T | | | | | |
| 16. Apache Corp - (Stock) | A | Interest | K | T | | | | | |
| 17. Annaly Capital - (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apache Corp - (Stock) | A | Interest | K | T | | | | | |
| 19. PA Turnpike - (Muni Bond) | A | Interest | K | T | | | | | |
| 20. Enterprise Partners - (Stock) - (IRA) | A | Interest | K | T | | | | | |
| 21. 5th Street Finance Senior Note - (IRA) | B | Interest | K | T | | | | | |
| 22. Summit Properties - (Bond) - (IRA) | B | Interest | K | T | | | | | |
| 23. Triangle Corp Senior Note - (Bond) - (IRA) | B | Interest | K | T | | | | | |
| 24. Urstadt Properties - (Bond) - (IRA) | B | Interest | J | T | | | | | |
| 25. US Steel - (Bond) - (IRA) | A | Interest | J | T | | | | | |
| 26. AAM Nav Dial Bond Portfolio - (IRA) | A | Interest | K | T | | | | | |
| 27. AAM Nav Dial Bond Portfolio - (IRA) | B | Interest | K | T | | | | | |
| 28. 1st Trust MLP Portfolio - (Mutual) - (IRA) | B | Dividend | K | T | | | | | |
| 29. 1st Trust Capital Strength - (Mutual) - (IRA) | C | Dividend | K | T | | | | | |
| 30. Hercules Tech Senior Note - (IRA) | A | Interest | J | T | | | | | |
| 31. KCAP Senior Note - (IRA) | A | Interest | J | T | | | | | |
| 32. AAM Nav Dial Bond Portfolio - (IRA) | A | Interest | K | T | | | | | |
| 33. AAM Steelpath MLP Portfolio - (Stock) - (IRA) | D | Interest | K | T | | | | | |
| 34. 1st Trust MLP Portfolio - (Stock) - (IRA) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PNC - (Checking) | A | Interest | K | T | | | | | |
| 36. Whitehorse - (Bond) (IRA) | A | Interest | J | T | | | | | |
| 37. Pennant Park Invst Corp Sr Note 6.250% coupon (pref stock) | A | Interest | J | T | | | | | |
| 38. Mainstay Cushing MLP Fund (mutual fund) | B | Dividend | | | Sold | 01/13/16 | J | A | |
| 39. Pennant Park Investment Corp (common stock) | A | Dividend | | | Sold | 02/16/16 | J | A | |
| 40. Exelon (Bonds) (IRA) | A | Interest | K | T | | | | | |
| 41. AAM Business Dev (Trust)(IRA) | A | Dividend | K | T | | | | | |
| 42. PetroQuest Energy (Unit Trust) | B | Dividend | L | T | | | | | |
| 43. Star Bulk Carriers (Bond) | B | Dividend | J | T | | | | | |
| 44. Goodrich Pete (Bonds)(IRA) | B | Interest | J | T | | | | | |
| 45. Dominion Resources (Bond)(IRA) | C | Interest | K | T | | | | | |
| 46. Smart Trust Morningstar (Trust)(IRA) | A | Dividend | J | T | | | | | |
| 47. Franklin Square Investment Corp (common stock) | A | Interest | J | T | | | | | |
| 48. Harvest Capital (Note) (IRA) | A | Interest | J | T | | | | | |
| 49. AM Trust 7.5% | A | Interest | J | T | | | | | |
| 50. National General 7.5% | A | Interest | J | T | | | | | |
| 51. Gas Log Ltd 8.75% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Muni Advantage Fund (Stock) | A | Interest | K | T | | | | | |
| 53. Halcon Resources CV PFD (IRA) | A | Dividend | J | T | | | | | |
| 54. Anthem Inc Corp Unit, 5.25% coupon (preferred stock) | A | Dividend | J | T | | | | | |
| 55. Anthem Inc Corp Unit, 5.25% coupon (preferred stock) | A | Dividend | K | T | | | | | |
| 56. Eagle Point Credit Co Inc PFD; 7.75% coupon -preferred stock | A | Interest | J | T | | | | | |
| 57. Stifel Best Idea Unit Trust | A | Interest | J | T | | | | | |
| 58. Amtrust Fin Svcs Inc Sub Note 7.25% coupon (preferred stock) | A | Interest | J | T | | | | | |
| 59. Southern Co (Note) (IRA) | A | Dividend | J | T | | | | | |
| 60. First Trust Capital Strength ETF (IRA) | A | Dividend | J | T | | | | | |
| 61. First Trust Capital Dorsey Wright ETF (IRA) | A | Dividend | J | T | | | | | |
| 62. Dimeco Inc (x) | A | Dividend | K | T | | | | | |
| 63. ESSA Bancorp (x) | A | Dividend | K | T | | | | | |
| 64. Fidelity D&D Bancorp (x) | A | Dividend | J | T | | | | | |
| 65. Investco High Muni Fund (x) | A | Dividend | J | T | | | | | |
| 66. Prudential Large Cap Core (x) | A | Dividend | J | T | | | | | |
| 67. Prudential 20/20 Focus Fund (x) | A | Dividend | J | T | | | | | |
| 68. Wels Markets (x) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IN Capital Argus Modern Inovative - Unit Trust - IRA | A | Dividend | J | T | Buy | 04/29/16 | J | | |
| 70. IN Capital Argus Modern Inovative-Unit Trust - IRA | A | Dividend | J | T | Buy | 04/29/16 | J | | |
| 71. Dupont Fabros Preferred Stock - IRA | A | Dividend | J | T | Buy | 05/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 04/18/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Briskman, Arthur B. | 04/18/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Briskman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544